Mary Francis

Dec. 7, 2005

C. MICHAEL HARVEY

Lynn Coln
US Dist. Ct. Rm 1800
333 Constitution Ave. NW
Wash. DC, 20001

FILED
DEC 1 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Ms. Coln:

Thank you for your information concerning a continuance.

My Courtdate is Dec. 21, 2005. I have a dental appointment on Dec 21, 2005 at 8am (to remove a temporary crown & affix the permanent crown) with Dr. Sherman J. Menser at 2809 Shadybrook Drive, Midwest City, OK 73110 (405) 737-3441.

I am requesting to be moved to Jan 18, 2006, the next date for our arrainment/trial (?) for Demonstrating w/o Permit, Violation No. P 0546877.

I hope to have my dental work completed by the middle of Jan.

Thank you,
Mary Francis