FILED

DEC 2 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

Mag. No. _____ (P-0546877)

v.

Judge John M. Facciola

Trial Date: December 21, 2005

MARY FRANCIS
_____/

### GOVERNMENT'S RESPONSE TO MOTION FOR CONTINUANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully responds to the Mary Francis' December 7, 2005 letter to the Court, which the Government interprets as a motion for continuance of the defendant's December 21, 2005 trial date to January 18, 2006:

The Government has no opposition to a continuance of Ms. Francis' trial date to January 18, 2006, the next (and last) scheduled date for trials arising from the September 26, 2005 demonstrator arrests on the White House sidewalk. Undersigned counsel has checked with its essential witness regarding Ms. Francis' case, and she will be available for trial on January 18, 2006. As the Government anticipates completing trials of the September 26th demonstrators with a final consolidated trial on January 18, 2005, the Government would object to a continuance of Ms. Francis' trial to a date other than January 18, 2005.

Respectfully submitted,

Kenneth L. Wainstein
UNITED STATES ATTORNEY

_____
G. Michael Harvey
ASSISTANT UNITED STATES ATTORNEY
Bar No.447465
Federal Major Crimes Section
555 4th Street, N.W., Room 4243
Washington, D.C. 20530
202/305-2195

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was served by U.S. mail upon the pro se defendant, Mary Francis, _____ 20th day of December, 2005.

_____
ASSISTANT UNITED STATES ATTORNEY